No. 98–8940. GAEDE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 98–8941. EDWARDS v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 98–8943. HARROD v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 98–8944. GREEN v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 98–8946. HELTON v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 98–8951. DUNBAR v. GEORGIA PERSONNEL BOARD ET AL. Sup. Ct. Ga. Certiorari denied.

No. 98–8954. BIGGINS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 98–9008. NUCKOLS v. OHIO. Ct. App. Ohio, Wayne County. Certiorari denied.

No. 98–1466. PAGE, WARDEN v. MAHAFFEY. C. A. 7th Cir. Motion of respondent for leave to proceed in forma pauperis granted. Certiorari denied.

No. 98–1501. CONLON GROUP, INC. v. CITY OF ST. LOUIS. Ct. App. Mo., Eastern Dist. Motion of International Council of Shopping Centers, Inc., for leave to file a brief as amicus curiae granted. Certiorari denied.